59 269
62 351

THE STATE, THE TIDEWATER PIPE COMPANY (LIMITED), PLAINTIFF IN ERROR, v. THE STATE BOARD OF ASSESSORS, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 28 *Vroom* 517.

For the plaintiff in error, *Alvah A. Clark.*

For the defendant in error, *John P. Stockton*, Attorney-General.

PER CURIAM.

The judgment in this case is affirmed, for the reasons given in the court below.

*For affirmance*—THE CHANCELLOR, DEPUE, GARRISON, GUMMERE, LUDLOW, VAN SYCKEL, BARKALOW, BOGERT, HENDRICKSON, NIXON. 10.

*For reversal*—None.